# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ADRIAN B. BROUSSARD

NO. 2023 KW 1083

**JANUARY 18, 2024**

---

In Re:   Adrian B. Broussard, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 547-078.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT